UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH ATLANTIC CARPENTERS CENTRAL COLLECTION AGENCY, and the TRUSTEES of the NORTH ATLANTIC STATES CARPENTERS PENSION FUND, NORTH ATLANTIC STATES CARPENTERS GUARANTEED ANNUITY FUND, NORTH ATLANTIC STATES ANNUITY FUND, NORTH ATLANTIC STATES CARPENTERS HEALTH BENEFITS FUND, NORTH ATLANTIC STATES CARPENTERS VACATION SAVINGS FUND, and NORTH ATLANTIC STATES CARPENTERS TRAINING FUND,<br><br>  *Plaintiffs,*<br><br>v.<br><br>DOMINION CONCRETE, INC., DERRICK JULIAN MANN and GREGORY MITCHELL,<br><br>  *Defendants,*<br><br>and<br><br>GREYSTAR REAL ESTATE PARTNERS, LLC, and GREYSTAR DEVELOPMENT AND CONSTRUCTION, LP,<br><br>  *Reach-and-Apply Defendants,*<br><br>and<br><br>TD BANK,<br><br>  *Trustee Process Defendant.* | Civil Action No. 23-cv-12415 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

  Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs North Atlantic Carpenters Central Collection Agency, and the Trustees of the North Atlantic States Carpenters Pension Fund, North Atlantic States Carpenters Guaranteed Annuity Fund, North Atlantic States Annuity Fund, North Atlantic States Carpenters Health Benefits Fund, North Atlantic States Carpenters Vacation Savings

Fund, and North Atlantic States Carpenters Training Fund (collectively, "Plaintiffs") and Reach and Apply Defendants Greystar Real Estate Partners, LLC and Greystar Development and Construction, LP (collectively, the "Greystar Defendants"), by and through their undersigned counsel of record, hereby stipulate to the dismissal with prejudice of all claims of Plaintiffs against the Greystar Defendants in their entirety. Each party shall bear its own attorneys' fees and costs, and each party waives all rights of appeal.

| | |
|---|---|
| Dated: May 23, 2024 | Respectfully submitted, |
| */s/ Carey D. Shockey* <br> Carey D. Shockey (BBO # 704164) <br> *cshockey@krakowsouris.com* <br> Krakow, Souris & Landry, LLC <br> 90 Canal Street, 4th Floor <br> Boston, Massachusetts 02114 | */s/ Joseph P. Rockers* (with permission) <br> Joseph P. Rockers (BBO # 625020) <br> *JRockers@goodwinlaw.com* <br> Andrew F. DiMaiti (BBO #710911) <br> *DDiMaiti@goodwinlaw.com* <br> Goodwin Procter LLP <br> 100 Northern Avenue <br> Boston, Massachusetts 02210 |
| *Attorney for Plaintiffs North Atlantic Carpenters Central Collection Agency, and the Trustees of the North Atlantic States Carpenters Pension Fund, North Atlantic States Carpenters Guaranteed Annuity Fund, North Atlantic States Annuity Fund, North Atlantic States Carpenters Health Benefits Fund, North Atlantic States Carpenters Vacation Savings Fund, and North Atlantic States Carpenters Training Fund* | *Attorneys for Reach and Apply Defendants Greystar Real Estate Partners, LLC and Greystar Development and Construction, LP* |

**CERTIFICATE OF SERVICE**

    I, Carey D. Shockey, hereby certify that on May 23, 2024, I filed the foregoing document with the Clerk of the Court through the CM/ECF system, which will send a notification to all counsel of record.

                                                     */s/ Carey D. Shockey* <br>
                                                     Carey D. Shockey